Soheil Zaerpour

16-C Thornton Place

Clifton, New Jersey 07012

Tel. (862) 668-4036

Email: Soheil.Zaerpour@Njwg.CAP.GOV

RECEIVED
SDNY PRO SE OFFICE
2021 NOV 22  PM 2: 55

# UNITED STATES DISTRICT COURT/
# SOUTHERN DISTRICT OF NEW YORK

COMPLAINT AND DEMAND FOR JURY TRIAL

Case number: CV_____

1  *****************************************

2  Soheil Zaerpour & the People of the United States,

3  Plaintiffs

4  Vs.

5  JP Morgan Chase Bank, Bank of America, UBS,

6  Credit-Suisse, Citibank, HSBC, Goldman Sachs, Deutsche Bank,

7  Royal Bank of Scotland, et al.

8  Defendants

9  *******************************************

10

11

## SUMMARY
Plaintiff is acting pro se (for financial reasons) and is filing a LAWSUIT against the large international banks who are in charge of the Forex market for FOREX market manipulation against him and computer intrusions, surveillance and other charges motivated by malice and criminal conspiracy against the American people. Since 2016, they have collectively admitted to market manipulation in court and been charged with multi-billion dollars fines and even jail sentences for some of their traders in the US, Switzerland and the UK.

Plaintiff has been trained in Forex (Foreign Exchange trading) on Wall Street and has several advanced degrees in science, math, economics, management, securities trading obtained in Switzerland and the United States.

The proof of these alleged market manipulations are in his 2 financial institutions' documents which state factually and independently the time of trades, which currency pairs were traded and the price of execution of those trades.

## REASONING

The statistical relationship between the Forex market at large has been an exact reverse of Plaintiff's own trades in this market all the time, as recorded in his 2 legal account statements. This causality is statistically UNDISPUTABLE as shown in the graph below (samples only based

30  on recorded live trades.) - where there should be *NONE* if there were NO conspiracy against

31  his trades in the market.

32  The motive behind this crime is Plaintiff's plans for World Peace as communicated to the World

33  leaders since 1985 and the people of the world by the Baha'i international community in Haifa.

34  The FBI knows these facts and has received the legal proofs and does not dispute them in any

35  way in Court (including proof of illegal SPYWARE installation on the Plaintiff's computer at the

36  time).

37  

38

39



40



41

42  This conspiracy affects also the American people at large by the same token through their

43  pension funds and other investments since Forex rates are used to value those assets and also

44  in the derivatives market as reported by market experts and the DOJ.

45  Thus manipulation of FOREX is a contravention of      US laws.

46  The damage for the American people's finances is estimated to be *100 times larger* than the

47  market manipulation reported by the DOJ.

48  Plaintiff is a US and world citizen.

49

50  **JURIDICTION**

51  These International Banks have their representation in New York because of their links to the

52  New York-FED and US dollar. The New York Southern District has been the Court handling all

53  Forex manipulation cases involving international banks in recent years and is therefore the

54  correct venue to seek justice in this case.

55

56  **DEFINITIONS**

57  Several terms or expressions of particular importance will be repeated in the course of this

58  Complaint. These terms, as used in this Complaint, are defined or explained in the following

59  paragraphs so that they will be more readily understood in the text:

60  **Forex**

61  Foreign Exchange (forex or FX) is the trading of one currency for another. Foreign exchange

62  transactions can take place on the foreign exchange market, also known as the forex market.

63  The main participants in this market are the larger international banks. London is the world's

64  biggest market for foreign currency trading, with 41% of global 5 trillion dollar daily turnover,

65  according to the Bank for International Settlements. New York has a 19% share, followed by

66  Singapore, Tokyo and Hong 33 Kong. Switzerland accounts for 3.2% of foreign exchange trading.

67  **Market participants**

68  The main participants in this market are the larger international banks. The daily turnover in

69  FOREX stands at over 5 trillion US dollars in 2021, according to the Bank of International

70  Settlements estimates.

71  Central banks and hedge funds are also participants in the foreign exchange market.

**Top 10 currency traders** [1]

**% of overall volume, June 2020**

| Rank | Name | Market share |
|---|---|---|
| 1 | JP Morgan | 10.78 % |
| 2 | UBS | 8.13 % |

---

[1] https://www.euromoney.com/article/b1lp5n97k4v6j0/fx-survey-2020-press-release

| | | |
|---|---|---|
| 3 | 🇬🇧 XTX Markets | 7.58 % |
| 4 | Deutsche Bank | 7.38 % |
| 5 | 🇺🇸 Citi | 5.50 % |
| 6 | 🇬🇧 HSBC | 5.33 % |
| 7 | 🇺🇸 Jump Trading | 5.23 % |
| 8 | 🇺🇸 Goldman Sachs | 4.62 % |
| 9 | 🇺🇸 State Street Corporation | 4.61 % |
| 10 | 🇺🇸 Bank of America Merrill Lynch | 4.5 |

72

73

74 **Opportunity cost**

75 The Opportunity Cost is defined by the New Oxford American Dictionary as the loss of

76 potential gain from other alternatives when one alternative is chosen. Opportunity Cost is a key

77 concept in economics. In the context of this Complaint it refers to the difference between the

78 real-time Contest and the real-money account results.

79 **Factors affecting Forex rates globally**

80   In a fixed exchange rate regime, exchange rates are decided by the government, while a
81   number of theories have been proposed to explain (and predict) the fluctuations in exchange
82   rates in a floating exchange rate regime, including:

83   • International parity conditions: Relative purchasing power parity, interest rate parity,
84     Domestic Fisher effect, International Fisher effect. To some extent the above theories
85     provide logical explanation for the fluctuations in exchange rates, yet these theories
86     falter as they are based on challengeable assumptions (e.g., free flow of goods, services,
87     and capital) which seldom hold true in the real world.

88   • Balance of payments model: This model, however, focuses largely on tradable goods
89     and services, ignoring the increasing role of global capital flows. It failed to provide any
90     explanation for the continuous appreciation of the US dollar during the 1980s and most
91     of the 1990s, despite the soaring US current account deficit.

92   • Asset market model: views currencies as an important asset class for constructing
93     investment portfolios. Asset prices are influenced mostly by people's willingness to hold
94     the existing quantities of assets, which in turn depends on their expectations on the
95     future worth of these assets. The asset market model of exchange rate determination
96     states that "the exchange rate between two currencies represents the price that just
97     balances the relative supplies of, and demand for, assets denominated in those
98     currencies."

99   None of the models developed so far succeed to explain exchange rates and volatility in the
100  longer time frames. For shorter time frames (less than a few days), algorithms can be devised to

101 predict prices. It is understood from the above models that many macroeconomic factors affect
102 the exchange rates and in the end currency prices are a result of dual forces of <u>supply and</u>
103 <u>demand</u>. The world's currency markets can be viewed as a huge melting pot: in a large and
104 ever-changing mix of current events, supply and demand factors are constantly shifting, and the
105 price of one currency in relation to another shifts accordingly. No other market encompasses
106 (and distills) as much of what is going on in the world at any given time as foreign exchange.

107 Supply and demand for any given currency, and thus its value, are not influenced by any single
108 element, but rather by several. These elements generally fall into three categories: economic
109 factors, political conditions and market psychology.

110 **Economic factors**

111 Economic factors include: (a) economic policy, disseminated by government agencies and
112 central banks, (b) economic conditions, generally revealed through economic reports, and
113 other <u>economic indicators</u>.

114 • Economic policy comprises government <u>fiscal policy</u> (budget/spending practices)
115   and <u>monetary policy</u> (the means by which a government's central bank influences the
116   supply and "cost" of money, which is reflected by the level of <u>interest rates</u>).

117 • Government budget deficits or surpluses: The market usually reacts negatively to
118   widening government <u>budget deficits</u>, and positively to narrowing budget deficits. The
119   impact is reflected in the value of a country's currency.

120      • Balance of trade levels and trends: The trade flow between countries illustrates the
121        demand for goods and services, which in turn indicates demand for a country's currency
122        to conduct trade. Surpluses and deficits in trade of goods and services reflect the
123        competitiveness of a nation's economy. For example, trade deficits may have a negative
124        impact on a nation's currency.

125      • Inflation levels and trends: Typically a currency will lose value if there is a high level of
126        inflation in the country or if inflation levels are perceived to be rising. This is because
127        inflation erodes purchasing power, thus demand, for that particular currency. However,
128        a currency may sometimes strengthen when inflation rises because of expectations that
129        the central bank will raise short-term interest rates to combat rising inflation.

130      • Economic growth and health: Reports such as GDP, employment levels, retail
131        sales, capacity utilization and others, detail the levels of a country's economic growth
132        and health. Generally, the more healthy and robust a country's economy, the better its
133        currency will perform, and the more demand for it there will be.

134      • Productivity of an economy: Increasing productivity in an economy should positively
135        influence the value of its currency. Its effects are more prominent if the increase is in
136        the traded sector.

137    **Political conditions**

138    Internal, regional, and international political conditions and events can have a profound effect
139    on currency markets.

140  All exchange rates are susceptible to political instability and anticipations about the new ruling
141  party. Political upheaval and instability can have a negative impact on a nation's economy. For
142  example, destabilization of coalition governments in Pakistan and Thailand can negatively affect
143  the value of their currencies. Similarly, in a country experiencing financial difficulties, the rise of
144  a political faction that is perceived to be fiscally responsible can have the opposite effect. Also,
145  events in one country in a region may spur positive/negative interest in a neighboring country
146  and, in the process, affect its currency.

147  **Market psychology**

148  Market psychology and trader perceptions influence the foreign exchange market in a variety of
149  ways:

150  • Flights to quality: Unsettling international events can lead to a "flight-to-quality", a type
151    of capital flight whereby investors move their assets to a perceived "safe haven". There
152    will be a greater demand, thus a higher price, for currencies perceived as stronger over
153    their relatively weaker counterparts. The US dollar, Swiss franc and gold have been
154    traditional safe havens during times of political or economic uncertainty.

155  • Long-term trends: Currency markets often move in visible long-term trends. Although
156    currencies do not have an annual growing season like physical commodities, business
157    cycles do make themselves felt. Cycle analysis looks at longer-term price trends that
158    may rise from economic or political trends.

159  • "Buy the rumor, sell the fact": This market truism can apply to many currency situations.
160    It is the tendency for the price of a currency to reflect the impact of a particular action

161  before it occurs and, when the anticipated event comes to pass, react in exactly the
162  opposite direction. This may also be referred to as a market being "oversold" or
163  "overbought". To buy the rumor or sell the fact can also be an example of the cognitive
164  bias known as anchoring, when investors focus too much on the relevance of outside
165  events to currency prices.

166  • Economic numbers: While economic numbers can certainly reflect economic policy,
167  some reports and numbers take on a talisman-like effect: the number itself becomes
168  important to market psychology and may have an immediate impact on short-term
169  market moves. "What to watch" can change over time. In recent years, for example,
170  money supply, employment, trade balance figures and inflation numbers have all taken
171  turns in the spotlight.

172  • Technical trading considerations: As in other markets, the accumulated price
173  movements in a currency pair such as EUR/USD can form apparent patterns that traders
174  may attempt to use. Many traders study price charts in order to identify such patterns. [2]

175

176  **FACTS AND PROOFS**

177  Plaintiff has been trading the Forex market professionally and independently after receiving
178  advanced training in New York. Prior to trading FOREX, Plaintiff had an account with UBS in
179  Switzerland. Probabilistically speaking, the fact of exact reverse mirroring of the market

---

[2] Source: Wikipedia and its external references

180 continuously would happen by chance is extremely low if not IMPOSSIBLE. The probability is
181 less than guessing ALL the winning lottery numbers continuously for 1 year.

182 To note, my broker's rates only reflect interbank forex rates in normal trading conditions. They
183 do NOT set those rates by themselves but requote them in real-time by adding automatically an
184 additional 1-3 points commission.

185 As reported earlier, this is also a national (and international) issue since it affects American
186 people at large as explained earlier. The FBI inaction in this regard is unexplainable beyond
187 corruption or sheer incompetence.

188 Other financial institutions have filed class action claims in court but none to the best of
189 Plaintiff's knowledge alleges sole FX market manipulation for the Plaintiffs by the banks
190 continuously. Indeed this can be done for ONE person only (more or less), since these rates are
191 UNIQUE GLOBALLY and given that Plaintiff has been trading daily and in different time frames.

192

193 **DAMAGES**

194 Demand amount is calculated as follows: 50 thousand US dollars investment compounded at
195 the rate of 30% monthly[3] for 20 years as demonstrated by Plaintiff while this conspiracy against
196 his real-time trades in Forex <u>did not exist</u> (used as point of comparison to determine damages).
197 This calculation does NOT account for punitive damages.

---

[3] Caluculation based on average results with over 600 daily trades over 13 months period in all types of market conditions prior to trading live.

198

### **LAWS AND CAUSE FOR ACTION**

200  1. The US constitution protects against illegal surveillance, freedom of religion and speech
201     and right to be happy in life. Moreover the Constitution protects against unequal
202     protection under the law and allow a citizen to sue the government in case of
203     deprivation of civil rights.
204  2. It is forbidden to maliciously hurt others and cause them pain including in their finances
205     and personally through their family life and work and block their progress by means of
206     conspiracy.
207  3. It is forbidden to manipulate the financial markets according to US federal laws.
208  4. It is forbidden to have hidden cartels control these financial markets (US federal anti-
209     trust laws).
210  5. It is forbidden to hurt others gratuitously and criminally, maliciously.
211  6. It is forbidden to monitor or spy on people's communications illegally and use this
212     information to hurt them by trading against them in the financial markets.
213  7. It is a crime to hurt Americans and world citizens through their pension funds and
214     investments abroad and deny world peace for all the people of the world as described in
215     the document titled "Promise of World Peace" written by the Universal House of Justice
216     of the Baha'i Faith.
217  8. It is forbidden to obstruct justice as it has been done by those international banks
218     according to federal and New Jersey state laws.

219

**PRAYER FOR RELIEF**

Pursuant to the Causes of Action, grant civil penalties according to proof; Plaintiff is entitled to relief from Defendants under the above facts and requests the court to order any investigation into those facts if deemed necessary.

Wherefore, Plaintiff requests judgment against Defendants for damages, together with attorney's fees, if applicable, cost of suit and any other relief as the court may deem proper such as punitive damages.

Dated: 13 November 2021                    Respectfully submitted,

                                            By:  Soheil Zaerpour

Soheil Zaerpour
16 Thornton Pl. Apt. C
Clifton, NJ 07012-3360

UNITED STATES POSTAL SERVICE
1000
10007
U.S. POSTAGE PAID
FCM LG ENV
BLOOMFIELD, NJ
07003
NOV 16, 21
AMOUNT
$15.71
R2303S100811-10

RECEIVED
NOV 19 2021
CLERK'S OFFICE
S.D.N.Y.

TO:

U.S. DISTRICT COURT
500 PEARL ST.
NEW YORK,
N.Y. 10007

USMP3
SDNY

Pro Se JLR

RECEIVED
SDNY PRO SE OFFICE
2021 NOV 22 PM 2:55

UNITED STATES POSTAL SERVICE®
REGISTERED MAIL™
RF 237 971 358 US
Label 200, August 2005
PSN 7690-03-000-9311