UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOHEIL ZAERPOUR &

THE PEOPLE OF THE UNITED STATES

Fill in above the full name of each plaintiff or petitioner.

Case No. 21 CV 09680-LTS

-against-

JP MORGAN CHASE BANK, N.A., et al.

Fill in above the full name of each defendant or respondent.

# DECLARATION

This is a response to the declaration of relatedness filed by Citibank on 12/17/21;

along with an updated list of the defendants.

Briefly explain above the purpose of the declaration, for example, "in Opposition to Defendant's Motion for Summary Judgment."

I, Soheil Zaerpour, declare under penalty of perjury that the following facts are true and correct:

In the space below, describe any facts that are relevant to the motion or that respond to a court order. You may also refer to and attach any relevant documents.

I do not wish to join any class action for the following reasons:

1. My damages and the People of the United States' damages exceed all class action previously filed combined (based on 2 attached independent account statements combined).

(Compl. p. 5, lines 46-47 & p. 13, lines 194-197).

2. Plaintiff was the person or entity who was verifiably/criminally/individually/continuously targeted by the large banks in the FOREX market (Compl. p. 2-3, lines 27-31/35 & p. 12-13, lines 179-181/188-191).

3. Plaintiff was not able to file a complaint earlier because of: 1. lack of resources; 2. lack of knowledge about the exact identities of defendants (fraudulent concealment); 3. because of the F.B.I non-action, as reported in the Complaint (p. 3 & 13, lines 185-187). The identity of the defendants is based solely on publicly available information, notwithstanding unidentified co-conspirators (Contant, et al., v. Bank of America Corp., et al., No. 17-civ-3139-LTS).

Updated list of the defendants as of 1/4/22, based on the letter requesting time extension by the defendants filed on 12/23/21; FED's list of FOREX counterparties (& other court documents):

MUFG Bank, Ltd.; Barclays Plc; BNP Paribas S.A.; JP Morgan Chase Bank, N.A.; Bank of America, N.A.; UBS Securities LLC; Credit Suisse Securities (USA) LLC; Citibank; N.A.; HSBC Bank USA, N.A.; Goldman Sachs & Co. LLC; Deutsche Bank AG; NatWest Markets Plc.; JP Morgan Chase & Co.; Bank of America Corporation; UBS Group AG, Credit Suisse Group AG; Citigroup Inc.; HSBC Holdings Plc; The Goldman Sachs Group, Inc.; NatWest Group Plc.; Royal Bank of Canada; Et al.

More defendants will be added to the list after the discovery process is completed, as needed.

Attach additional pages and documents if necessary.

_____                      _____
Executed on (date)                          Signature

_____                      _____
Name                                        Prison Identification # (if incarcerated)

_____      _____
Address            City            State    Zip Code

_____      _____
Telephone Number (if available)             E-mail Address (if available)