

Thank you so much for your kind gift. I appreciate your thoughtfulness and generosity. You have my best wishes.

Bill Clinton

THE WHITE HOUSE
WASHINGTON

Soheil Zaerpour
16 C Thornton Place
Clifton, New Jersey 07012

0701241313



The American Ambassador
Bern, Switzerland

Dear John &amp; Zal-pour,

Thank you very much for sending me the booklet about world peace.

Madeleine M. Kunin