**PC-SCREENSHOT**

# SPYWARE EVIDENCE

(Online Malware Scan With Trend-Micro)



Note: PC was supposedly "protected" with up-to-date Microsoft ONE CARE Antivirus (See green "1" icon at bottom RHS of the screen)