FAQ & Background Information in complement to the PRWEB Press Release on 14th November 2006, titled: "Warning: You are about to enter the 4th Dimension of your Life"

FAQ & Background Information in complement to the PRWEB Press Release on 14th November 2006, titled: "Warning: You are about to enter the 4th Dimension of your Life" ................................................................................................................... 1
Q1. Who are your enemies? ................................................................................................ 2
Q2. How do you know you are targeted personally? ....................................................... 2
Q3. Did you ask the help of a Lawyer? ............................................................................. 3
Q4. Are you ready to meet with an independent investigative authority other than the FBI to explain your case? May be like an audit firm? ..................................................... 3
Q5. What is your current profession and qualifications? ................................................ 3
Q6. Are you member of any political organization? ....................................................... 4
Q7. What is your religious affiliation? ............................................................................. 4
Q8. What are main teachings of the Baha'i Faith? .......................................................... 4
Q9. What is your nationality? ............................................................................................ 5
Q. Are Baha'is still persecuted in Iran today? ................................................................. 5
Q10. For those of us who are not specialist of Forex: ...................................................... 5
Technically speaking, how is it possible to manipulate the market? ............................ 5
Q11. What are those plans for World Peace that you speak of, exactly? ..................... 6
Q12. What about the Baha'is themselves, did they support you? ................................. 7
Q13. Why did you come to New York in 1999? .............................................................. 7
Q14. Do you consider yourself American now? ............................................................... 7
Q15. What is/was your main competitive advantages in trading Forex (to obtain the excellent results you did during the Contest)? ................................................................ 7
Q16. What would be the economic consequences of this peace plan? ......................... 8
Q17. Have you contacted the press regarding your case? What was the response? ... 9
Q18. What did you say on Oanda? .................................................................................. 10
Q19. What was the reaction then? ................................................................................... 10

Q1. Who are your enemies?

The International bankers are certainly part of it. The market manipulation that is described in the Blog at Oanda can be done ONLY by those who control the world of finance globally, given the size of the Forex market (2 trillion dollars daily turnover).

## Q. Who are they specifically?

Don't want to speculate but the Swiss banks are certainly part of it with $4 trillions of assets under management, and some others who hide behind their bank accounts secretly.

Q2. How do you know you are targeted personally?

Through the Factual, Statistical and Scientific Analysis of my trade records only.

Did not make 1 cent of profit overall in 4 years (not even a floating profit). To simplify, if I buy a significant amount the market reverses and get me into a margin call and reverses then. I have been able to predict the market (also it is always against my own positions in the market) with certainty numerous times because of that fact. It has never failed so far. Please note that I have absolutely no control at which point I will get a margin call. It's just a function of the total equity in the account. (So, it can't be that I miraculously guess the market but unconsciously I would do the opposite). Even when I turned 10K into 150K in one month in the game Contest, I could not guess the market like that. Far from it!

Please note this can be done for ONE person only worldwide, because there is only ONE exchange rate (more or less) worldwide for any currency pair at any ONE time.

For more information, see the real account examples given in the attached files.

## Q. Would you say that 6 months of evidence as you have provided is sufficient proof?

2

Yes statistically speaking. For the rest have asked the Southern District Attorney's Office in Manhattan and the FBI to look into that matter in March and April 2005, but they have refused to do it so far.

**Q. Do you know why they have refused?**

They did not tell. May be because the FBI was ordered not to by Washington DC.

(Only plausible reason given what is at stake here and the facts as reported to them)

Q3. Did you ask the help of a Lawyer?

Yes, did and more than once. Through ACLU in 2005 and others but none has accepted to take this case.

**Q. Do you know why?**

ACLU in New Jersey said they have other priorities, which is a way for to say they are under control and for the rest: don't know. (Just no answer to the inquiry, except one. Still waiting for a response.)

Q4. Are you ready to meet with an independent investigative authority other than the FBI to explain your case? May be like an audit firm?

YES.

Entire 4 years of trading record is available under the condition that all trades made in the real accounts to be played back simultaneously with margin call levels, equity, profits etc.

Exactly like it was while trading in real-time, including major news releases, since it also affected the markets. Ready to meet with an independent auditing firm if need be and if basic conditions of competency, fairness and transparency are met.

Q5. What is your current profession and qualifications?

-An Independent professional Forex Trader for the past 5 years. (Electronic trading)

-Securities Licenses: Series 24 (General Securities Principal)  & 7/63 in New York City  between 2000 and 2001. Clean S.E.C record. CRD # 4279568.

-Obtained Masters degree in record time in the US in 1993 (Exchange Student from Switzerland.)

-Prior to that; a Bachelor in Business and Economics from the University of Lausanne in October 1989. (Baccalaureate in Math and Sciences obtained before that in Pully, Switzerland.)

-Administrator of the ICRC between 1.1995 and 1.1997

-Languages spoken: English, French, German and Persian.

-The complete audited CV can be accessed at the NASD.

-No criminal record ever and no debt.

**Q. What was your Masters thesis subject?**

Computer Aided Learning Project: A new way of learning and teaching.

Q6. Are you member of any political organization?

No, I am not.

**Q. Are you or have you been affiliated with any organization, secretly or overtly?**

No, not, any.

Q7. What is your religious affiliation?

Born into a Baha'i family. (See www.bahai.org).

Not religious per say but very ethical and honest (may be too much).

Q8. What are main teachings of the Baha'i Faith?

-Unity of God,

4

-Unity of the religions

-Unity of mankind,

-Unity in diversity,

-Gender Equality

-Unity between Science and religion

-Independent Investigation of the Truth

-Abolition of the extremes in wealth and poverty

### Q9. What is your nationality?

Swiss citizen (born in Iran)

### Q. Are Baha'is still persecuted in Iran today?

Yes they are. (See bahai.org)

### Q. Are you persecuted?

Yes, also it is for (slightly) different reasons and by a different group of people.

### Q. Could you be more specific?

Besides the above trading activity: Illegal (electronic) Surveillance, Smear Campaigns, Character assassination, harassment, "Mobbing" at the work place in Switzerland. No access to proper legal defense, racism, discrimination based on previous religious (Baha'i) affiliation, black listed professionally and possibly disruption of communications for about 10 years. Not to speak about jealousy.

### Q10. For those of us who are not specialist of Forex:
### Technically speaking, how is it possible to manipulate the market?

-Price fixing,

-Secret Societies,

-Pyramidal Control and schemes,

-Momentum trading,

-Option (& other Derivatives) trading,

-Through massive long or short,

-Hedge funds,

-Onshore/Offshore accounts,

-Program trades & pseudo Program Trades

-Electronic Algorithm trading,

-Black Boxes,

-Central bank intervention (only legal manner),

-Verbal intervention,

-Economic Indicators,

-News and other major events.

**Q. Do you have concrete examples?**

YES. Besides very own examples, read the daily financial press: Rothschild, Enron, UBS, Credit Suisse, JP Morgan, Citibank, etc. (the list is very long)

Q11. What are those plans for World Peace that you speak of, exactly?

See "the Promise of World Peace" written by the Baha'i Universal House of Justice in October 1985. It's all said there, entirely and completely.

**Q. Could you mention one recommendation that stands out in that document?**

All of them stand out. One can mention the need for a Collective Global Security Agreement to be signed into law, possibly at the United Nations. Again, there are many others. You just need to read the document entirely. Document available at: http://reference.bahai.org/en/t/uhj/PWP/pwp-1.html#pg2 for free.

6

Q12. What about the Baha'is themselves, did they support you?

In Switzerland, not really. A bunch of hypocrites and opportunists, not to say more. Don't know why. May be they were lied to as part of the scheme to discredit and isolate; or they are plain corrupt (some of them, not the Faith itself).

**Q. What about you? Did you have any contention with them?**

No, not. In fact, did much financial and other contribution over the years (since 1986) and volunteered without success to the Baha'i World Center many times since 1988.

**Q. Do you know why your application was rejected?**

Not really. Model student/graduate and a Baha'i in good standing with some part time work experience as a private teacher. Had also many referral letters from Professors in Switzerland for graduate studies in America as an exchange student. The official response was that they had many volunteer candidates to choose from; also applied more than 5 times over the years and was approved once to serve (always for non- paid service) after Swiss naturalization but was mysteriously rejected again at the end without real explanations.

Q13. Why did you come to New York in 1999?

To promote World Peace mainly and to develop and progress individually.

Q14. Do you consider yourself American now?

Always did. The Baha'is consider themselves as "citizens of the world". This includes American citizenship of course.

Q15. What is/was your main competitive advantages in trading Forex (to obtain the excellent results you did during the Contest)?

It was certainly not chance:

-Professional training and experience as explained before.

7

-Hard work. Long hours of observation and analysis of the markets,

-Passion to learn and work in that field.

-The knowledge of the markets thanks to many hours of studies.

-Many technical details and discoveries that make all the difference after all (only a few are explained in the Blog)

-Math and science.

-Exploitation of market inefficiencies.

-Use of leverage

-A new approach to risk management.

-Proprietary indicators and tools.

-NO INSIDE INFORMATION

## Q. Tell us more about your 13 months real time Contest Results

-The Contest works the same as a real account (both are real-time).

-Constantly amongst the bests all year long.

-On average may be 30% return monthly if best month and worth month excluded

-If not may be more like 50% per month.

-One-month real time result: Return on Investment (ROI) of 1500% (see attached files)

-Another month: 300%

-Yet another month: 200% ROI

-Had best overall results 3 times (during 3 months) among all participants.

-Won first prize once because the company did not want to pay for the 2 other times. Prize: $1000 in live account.

-Over 600 trades in real-time during the contest in 13 months. It is statistically very significant. It was in all types of environment: market trending up, down and sideways.

It was with Eurodollar trading with 5 pips spread. Today most brokers offer 3 pips spread only. Therefore, those good results could still be improved if the conspiracy is removed.

Q16. What would be the economic consequences of this peace plan?

Some are literally mentioned like elimination of extremes of wealth and poverty worldwide.

Other points are direct consequences of those plans like worldwide disarmament. It would be more a transfer of wealth than an impediment on the economy over the longer run. May be trillions of dollars of transfer from the military budget towards development including education, health services, construction and infrastructure, locally and internationally. Also, many trillions of dollars would become taxable because of a world government since there would be no country to hide in (single world authority). Money laundering would also be stopped for the same set of reasons. Other points are indirectly linked like monetary policy and the emergence of a unique world currency. That means no more speculation in Forex. May be the new currency would be backed by Gold (return to the gold standard with a different scale.). Those who oppose the Baha'i Peace Plan do not want that to happen at any cost.

It will happen through voluntary measures or through wars as stated in the Baha'i message. The world leaders have unfortunately taken the latter path since then (1986) until today.

### Q17. Have you contacted the press regarding your case? What was the response?

The New York Times in a letter and the Wall Street Journal by email because it is a matter of national security and beyond if you understand what is involved here. Strangely, none responded.

## Q. Do you know why?

International financiers through their advertising revenues and debt issuing among other things control the medias. They are part of the conspiracy also it is indirectly by refusing to report facts about matters of national security. PRWEB and the Internet is a way to share the message, also the audience is very limited in comparison.

## Q. What did you do then?

Went on the C-span public forum in August 2003 to denounce publicly the conspiracy by predicting with certainty the market because of the conspiracy. C-span shut the forum down in 2004 and said they were going to open it later in 2004, but until now their forum is still closed and the archived information not accessible.

### Q18. What did you say on Oanda?

The same as on C-span but much focused on the facts as they happened. First the reason to enter the first trade: Fundamental, technical and quantitative reasons and then what happened. The margin call point gives the target and reversal point; and the entry points average provides the stop loss (point at which the account would have a floating profit.)

### Q19. What was the reaction then?

In short, people were amazed that the prediction became true and that all market actions confirmed the conspiracy beyond any doubt during the 6 months of online exposure. Later however some people could not believe the reason why it was done. So they started to disbelieve, also nobody was able to disprove anything regarding the irrefutable evidence. Please see attached file of the trade entries and the margin call points.

Truly hard to believe but entirely true and it has been like that for 4 years.

Actually, was proposed to be included in books and TV shows on Oanda quite recently but celebrity is not the goal (contrary to what was said previously about media access). The person who proposed is ignorant of the bigger picture apparently: The relationship between the banks and the medias that is. Justice is the objective, including reparation for the immense tort; but also obtain public knowledge for those facts, because after all it's about the world's future.

END

+++