UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
SOHEIL ZAERPOUR, :
:
               Plaintiff, : 21 Civ. 9680 (JPC)
:
   -v- : ORDER PARTIALLY
: WITHDRAWING
JP MORGAN CHASE BANK et al., : REFERENCE TO
: MAGISTRATE JUDGE
              Defendants. :
:
---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On December 8, 2021, the Court referred this case to Magistrate Judge James L. Cott for general pretrial supervision (including scheduling, discovery, non-dispositive pretrial motions, and settlement) and dispositive motions (*i.e.*, motion requiring a Report and Recommendation). *See* Dkt. 16. It is ordered that the reference to Judge Cott for dispositive motions is withdrawn. The reference to Judge Cott for general pretrial supervision remains in place.

      SO ORDERED.

Dated: April 11, 2022
       New York, New York
                                                    _____
                                                       JOHN P. CRONAN
                                                United States District Judge