UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SOHEIL ZAERPOUR,

                Plaintiff,

-against-                          21 **CIVIL** 9680 (JPC)(JLC)

## **JUDGMENT**

JP MORGAN CHASE BANK et al.,

                Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 8, 2022, the complaint is dismissed without prejudice. The Court does not reach Defendants' remaining arguments for dismissal; accordingly, the case is closed.

**Dated:** New York, New York

        August 11, 2022

                                                        **RUBY J. KRAJICK**

                                                        **Clerk of Court**
                              **BY:**      *K. Mango*

                                                        **Deputy Clerk**