UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
SOHEIL ZAERPOUR,                                                       :
                                                                       :
                    Plaintiff,                                         :
                                                                       :   21 Civ. 9680 (JPC) (JLC)
        -v-                                                            :
                                                                       :   ORDER
JP MORGAN CHASE BANK *et al.*,                                         :
                                                                       :
                    Defendants.                                        :
                                                                       :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On August 8, 2022, Plaintiff filed a motion for reconsideration, Dkt. 64, of this Court's Opinion and Order dismissing the Complaint without prejudice, Dkt. 63. "Reconsideration of a court's previous order is an extraordinary remedy to be employed sparingly in the interests of finality and conservation of scarce judicial resources." *Levitant v. Workers Comp. Bd. of N.Y.*, No. 16 Civ. 6990 (ER), 2019 WL 5853438, at *1 (S.D.N.Y. Nov. 8, 2019) (internal quotation marks omitted). "The standard for granting such a motion is strict, and reconsideration will generally be denied unless the moving party can point to controlling decisions or data that the court overlooked—matters, in other words, that might reasonably be expected to alter the conclusion reached by the court." *Shrader v. CSX Transp., Inc.*, 70 F.3d 255, 257 (2d Cir. 1995). Plaintiff has not identified any controlling decisions or data that the Court overlooked in its August 8, 2022, Opinion and Order. Because Plaintiff has not met the high standard for reconsideration, his motion is denied.

    SO ORDERED.

Dated: August 18, 2022                              _____
       New York, New York                                   JOHN P. CRONAN
                                                        United States District Judge