UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOHEIL ZAERPOUR,<br>Plaintiff,<br>-v-<br>JP MORGAN CHASE BANK *et al.*,<br>Defendants. | 21 Civ. 9680 (JPC)<br><u>ORDER</u> |

JOHN P. CRONAN, United States District Judge:

On August 8, 2022, the Court issued an Opinion and Order dismissing the Complaint without prejudice for failure to property serve Defendants and directed the Clerk of Court to close this case. Dkt. 63; *Zaerpour v. JP Morgan Chase Bank*, No. 21 Civ. 9680 (JPC), 2022 WL 3159287 (S.D.N.Y. Aug. 8, 2022). Later that day, Plaintiff filed a motion for reconsideration of that Opinion and Order. Dkt. 64. On August 18, 2022, the Court denied reconsideration. Dkt. 67. In addition, on August 11, 2022, the Clerk of Court entered judgment in favor of Defendants. Dkt. 66. And most recently, on September 4, 2026, the Court denied Plaintiff's request to "reinstate" this long-closed case, Dkt. 68, noting that Plaintiff may seek to file a new action if he so desires. Dkt. 69.

Between September 1, 2026 and September 5, 2026, Plaintiff has sent seven unsolicited emails to the undersigned's chambers email account. Plaintiff is hereby advised that any communications with the Court should be through filings on the docket. The same is true for any requests for relief or to change his contact information. The Court will not respond to emails sent by Plaintiff to the undersigned, but not filed by Plaintiff on the docket.

Should Plaintiff request assistance with filings, he should contact the Court's *Pro Se* Intake Unit, information about which is available at https://www.nysd.uscourts.gov/prose. That website has information about how *pro se* litigants may email documents to submit in an existing case. ("Parties may email documents, either to open a new case or to submit in an existing case, to ProSe@nysd.uscourts.gov."). The *Pro Se* Intake Unit may be reached at (212) 805-0175.

The Clerk of Court is respectfully directed to send a copy of this Order to Plaintiff at the address on the docket and to the email addresses, soheil.zaerpour@njwg.cap.gov and sz67@protonmail.com.

SO ORDERED.

Dated: September 8, 2026
New York, New York

JOHN P. CRONAN
United States District Judge